**No. 54472.**—Maxfield & McLeer, Inc., et al. v. United States, protests 144289–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54473.**—Albert Alfandari et al. v. United States, protests 147038–K (A), etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54474.**—Compañia de Destilerias Internationales, Inc. v. United States, protest 132291–K (San Juan).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54475.**—American Foreign Steamship Corp. et al. v. United States, protests 144867–K, etc. (Baltimore, etc.).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 27, 1950

**No. 54476.**—W. C. Sullivan & Co v. United States, protest 71604–K/90585 (Chicago).

Opinion by COLE, J. The protest was dismissed.

**No. 54477.**—Mutual Trading Company v. United States, protest 151082–K (Los Angeles).

Opinion by COLE, J. The protest was dismissed.

**No. 54478.**—International Fisheries Corp. v. United States, protest 152312–K (Seattle).

Opinion by COLE, J. The protest was dismissed.